United States District Court
for the Middle District of Florida
Ocala Division

Shaun Patrick Stewart
plaintiff
-V-
Sumter County Detention Center & Captain Reid
defendants

Case No. 5:23-CV-292-SPC-PRL

## II Basis

A) Laws Violated:
42 U.S.C. § 1983 - Amendment: 1, 5, 6, 7, 14 Sect
42 U.S.C. § 1985 - Amendment: 1, 5, 6, 7, 14 Sect

B) Actions:
Jail staff is blocking my outgoing mail to federal & state court, & federal law enforcement.

## III Statement of Claim

Staff is blocking all mail to coverup my 2+ year kidnap, torture, battery, RICO violations & blocking case evidence on behalf of the head of the largest mafia in the state & my business competitors.

## IV Relief

An immediate court order to stop this, & to provide the resources I need as an indigent inmate for legal mail; legal county maximum in financial damages if they refuse. Forma Pauperis request

Parties to this Complaint

From/Plaintiff:
Shaun Patrick Stewart
2 E. Anderson Ave.
Bushnell, FL 33513
HM SCSO 21JBN000440
Institution:
Sumter County D.C.

Defendant:
Sumter County
Detention Center
2 E. Anderson Ave.
Bushnell, FL 33513

Captain Reid
219
Bushnell, FL 33513
- official capacity

SCREENED
By USMS

Honorable Judge
207 NW Second Street Room 337
Ocala, FL 34475-6666